```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| THANH QUOC NGUYEN,         ) | |
|                            ) | |
|         Petitioner,        ) | |
|                            ) | |
|         v.                 ) | C.A. No. 05-10430-RGS |
|                            ) | |
| JOSEPH MCDONALD,           ) | |
|                            ) | |
|         Respondent.        ) | |

<u>SERVICE ORDER</u>

On March 4, 2005, petitioner Thang Quoc Nguyen, an immigration detainee confined at the Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Joseph McDonald, Plymouth County Sheriff, Plymouth County Sheriff's Department Headquarters, 24 Long Pond Road, Plymouth MA, 02360; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail;

(2) The Respondent shall file an answer or other responsive pleading within 28 days of receipt of the petition; AND

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

 _5-2-05_____                    _/s/ Richard G. Stearns_____
 DATE                                    UNITED STATES DISTRICT JUDGE