UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THANH QUOC NGUYEN, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>JOSEPH MCDONALD, SHERIFF OF )<br>PLYMOUTH COUNTY CORRECTIONAL )<br>FACILITY, )<br>)<br>)<br>Respondent ) | Civil Action No.<br>05cv10430-RGS |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on May 6, 2005, at his most recently provided address upon release:

50 East Street, Apt. 6
Dorchester, MA  02124

                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114