# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**THANH QUOC NGUYEN**

    **V.**                           **CIVIL ACTION NO. 05-10430-RGS**

**BRUCE CHADBOURNE**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                   **JUNE 6, 2005**

      THIS COURT HAVING ALLOWED THE DEFENDANT'S MOTION TO

DISMISS ON JUNE 3, 2005,

      IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS

HEREBY DISMISSED.

      SO ORDERED.

                                  **RICHARD G. STEARNS**
                                  **UNITED STATES DISTRICT JUDGE**

                **BY:**

                                **/s/ Mary H. Johnson**
                                  **Deputy Clerk**